IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

ALICE J. JONES,

    Plaintiff,

v.              CIVIL ACTION NO.  6:11-cv-00721

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

  Pending before the Court is Plaintiff Alice Jones's Complaint seeking review of the decision of the Commissioner of Social Security [Docket 2].  By Standing Order entered September 2, 2010 and filed in this case on October 11, 2011, this action was referred to United States Magistrate Judge Mary E. Stanley for submission of proposed findings and a recommendation ("PF&R").  Magistrate Judge Stanley submitted a PF&R on November 27, 2012 [Docket 15], recommending that this Court reverse the final decision of the Commissioner, remand this action for further proceedings, and dismiss this case from the Court's docket.

  The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Failure to file timely objections constitutes a waiver of *de novo* review and the Petitioner's right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).  In addition, this Court

need not conduct a *de novo* review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections to the November 27, 2012 PF&R in this case were due on December 14, 2012. To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R [Docket 15], **REVERSES** the final decision of the Commissioner, **REMANDS** this case to the Commissioner for further proceedings, **DISMISSES** the Complaint [Docket 2], and **DIRECTS** the Clerk to remove this case from the Court's docket.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:        January 17, 2013

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE